# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 19-2102

———————————————

Raymond D. Elliott,

*Plaintiff - Appellant,*

v.

Ocwen Loan Servicing, L.L.C.,

*Defendant - Appellee.*

—————————

Appeal from United States District Court
for the District of South Dakota - Rapid City

—————————

Submitted: March 2, 2020
Filed: March 5, 2020
[Unpublished]

—————————

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

—————————

PER CURIAM.

Raymond Elliott appeals the district court's[1] denial of his Fed. R. Civ. P. 60(b) motion. On appeal, we review whether the district court abused its discretion in

---

[1]The Honorable Jeffrey L. Viken, United States District Judge for the District of South Dakota.

denying the Rule 60(b) motion, not the underlying judgment. *See Noah v. Bond Cold Storage*, 408 F.3d 1043, 1045 (8th Cir. 2005). Reversing the denial of such a motion is rare, because Rule 60(b) authorizes relief in only the most exceptional cases. *Id.* Upon careful review of the record, including the well-reasoned opinion of the district court and the arguments on appeal, we conclude there was no abuse of discretion in the denial of post-judgment relief.

Elliott's motions for summary judgment and for an injunction pending appeal are denied as moot, and the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____